IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAVON GRAYSON-MORROW,

    Plaintiff,

v.

MARATHON COUNTY and SHAWN BLASHKA,

    Defendants.

ORDER

Case No. 23-cv-492-jdp

---

Plaintiff Javon Grayson-Morrow, an inmate in the custody of the Marathon County Jail, has filed a proposed civil complaint. Plaintiff is an inmate and, therefore, subject to the 1996 Prison Litigation Reform Act. Plaintiff has requested leave to proceed without prepayment of the filing fee, and submitted an uncertified inmate transaction statement to support this request. This statement is insufficient to determine whether plaintiff qualifies for indigent status because plaintiff has not submitted a copy of plaintiff's inmate account statement (or institutional equivalent) for the *six-month* period immediately preceding the filing of the complaint.

For this case to proceed, plaintiff must submit the inmate account statement no later than August 10, 2023. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Javon Grayson-Morrow may have until August 10, 2023 to submit a certified trust fund account statement for the period beginning approximately January 20, 2023 and ending approximately July 20, 2023. If, by August 10, 2023, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 20th day of July, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge